**No. 57591.**—Calif-Asia Co. et al. *v.* United States, protests 147669–K, etc. (Los Angeles).

Opinion by MOLLISON, J.   It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475).   In accordance with stipulation of counsel and following the cited decision, the claim made in protest 147669–K for duty at 40 percent ad valorem under paragraph 412 was sustained; the items marked "A" in each of the remaining protests were held dutiable at 20 percent under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802); and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

BEFORE THE SECOND DIVISION, NOVEMBER 5, 1953

**No. 57592.**—Lyons Transport *v.* United States, protest 191841–K/3732 (Chicago).

Opinion by LAWRENCE, J.   At the trial, it was conceded by the Government that the merchandise consisted of parts of printing machinery.   In view of the record presented, the claim of the plaintiff was sustained.